UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| NASRIN BEHROOZI, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-579-JCM-RJJ |
| | ) | |
| vs. | ) | |
| | ) | |
| NEW ALBERTSON'S INCORPORATED, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| AND RELATED THIRD PARTY CLAIM. | ) | |
| | ) | |

IT IS HEREBY ORDERED that the parties shall file joint Interim Discovery Status Reports on March 8, 2012, and April 23, 2012.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this  24th  day of January, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge