1

2

3

4

5                           UNITED STATES DISTRICT COURT

6                                 DISTRICT OF NEVADA

7                                         * * *

8    NASRIN BEHROOZI,                        )
                                             )
9              Plaintiff,                     )        2:11-cv-579-JCM-JJ
                                             )
10   vs.                                      )
                                             )
11   NEW ALBERTSONS, INC.,                    )        O R D E R
                                             )
12             Defendant,                     )
     _____ )
13   AND RELATED THIRD-PARTY CLAIM.  )
     _____ )

14
            This matter is before the court on Third Party Defendant Phaze Concrete, Inc.'s Motion
15
     For Order to Show Cause why Aggregate Industries-SWR, Inc.  Should Not Be Held in
16
     Contempt (#52) and Motion to Compel Production of Documents (#53).
17
            The Court having reviewed the Motions (#52 & #53) and good cause appearing therefore,
18
            IT IS HEREBY ORDERED that a hearing on the Motions (#52 & #53 is scheduled for
19
     August 22, 2012, at 9:00 AM in LV Courtroom 3D, 3d floor, Lloyd D. George United States
20
     Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada.
21
            IT IS FURTHER ORDERED that Third Party Defendant Phaze Concrete is required to
22
     serve a copy of this Order on Aggregate Industries-SWR, Inc. by personal service or by certified
23
     mail, return receipt requested. Proof of service must be filed with the court at least 3 days prior to
24
     the scheduled hearing.
25
            DATED this   7th  day of August, 2012.
26

27
                                    _____
28                                  ROBERT J. JOHNSTON
                                    United States Magistrate Judge