1
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**
9 **DISTRICT OF NEVADA**
10

NEW ALBERTSON'S, INC.,                    )
                                          )
                    Plaintiff(s),         )        Case No. 2:14-cv-01789-JCM-NJK
                                          )
vs.                                       )        ORDER
                                          )
PHAZE CONCRETE, INC., et al.,             )
                                          )
                    Defendant(s).         )
_____   )

Pending before the Court is the parties' status report.  Docket No. 175.  The parties are hereby **ORDERED** to file, no later than November 24, 2014, a proposed discovery plan providing deadlines based on a discovery period ending six months from today's date.

IT IS SO ORDERED.

DATED: November 17, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge