UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEW ALBERTSONS, INC., ) | |
| ) | |
| Plaintiff(s), ) | Case No. 2:14-cv-01789-JCM-NJK |
| ) | |
| vs. ) | ORDER |
| ) | |
| PHAZE CONCRETE, INC., et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

      This matter is before the Court on the parties' Proposed Discovery Plan and Scheduling Order. Docket No. 178. The proposed discovery plan misstates Local Rule 26-4, in that it provides that requests to extend deadlines in the scheduling order need only be filed 21 days before the discovery cut-off. *See* Docket No. 8 at 3. Local Rule 26-4 requires that any request to extend deadlines set forth in the scheduling order must be submitted at least 21 days <u>before the subject deadline</u>. For example, any request to extend the deadline for initial expert disclosures must be filed at least 21 days before the expiration of <u>that deadline</u>. Such a request filed only 21 days before the discovery cut-off would be untimely.

//
//
//
//
//

In an effort to ensure future compliance and complete understanding of the Local Rules, the Court hereby **ORDERS** attorneys Steven Jaffe, Matthew Passanisi, James Jackson, Gregory Schulman, Joseph Long, and Marlys McGrew to file a certification with the Court no later than November 26, 2014, indicating that they have read and comprehend Local Rules 26-4 and 26-1. Counsel are advised that similar violations in the future may result in the imposition of sanctions.

IT IS SO ORDERED.

DATED: November 19, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge