STEVEN T. JAFFE, ESQ.
Nevada Bar No. 007035
sjaffe@lawhjc.com
MATTHEW V. PASSANISI, ESQ.
Nevada Bar No. 013212
mpassanisi@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

*Attorneys for Plaintiff,*
*New Albertson's, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEW ALBERTSON'S, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PHAZE CONCRETE, INC., sometimes known as JOHN BEAGLEY & SONS, INC., HOWARD HUGHES CORPORATION, a Delaware corporation; MHC & ASSOCIATES, Inc., d/b/a MARTIN-HARRIS CONSTRUCTION, a Nevada corporation; LAS VEGAS PRESTIGE PLUMBING, LLC., formerly known as, PRESTIGE PLUMBING, a Nevada corporation, DOES 1 THROUGH 100; and ROE CORPORATIONS 1 through 100, inclusive <br> Defendants. | CASE NO. 2:14-cv-01789-JCM-NJK <br><br> Order Granting <br> Motion re:    **CHANGE OF ATTORNEYS** |

HALL, JAFFE AND CLAYTON, LLP represents Third-Party Plaintiff New Albertson's, Inc. in this matter. Recently, our colleague, Dana B. Krulewitz, Esq., changed firms and has left HALL, JAFFE AND CLAYTON, LLP. Accordingly, her name should be removed from the CM/ECF service list for the above-referenced matter.

/ / /

/ / /

/ / /

/ / /

1  Steven T. Jaffe, Esq., Nevada Bar No. 007035, will remain as counsel of record. Additionally, please
2  add Matthew V. Passanisi, Esq., Nevada Bar No. 013212, as counsel of record for this matter as well.

4  DATED This 25 day of November, 2014.

        HALL JAFFE & CLAYTON, LLP

        By:_____
        STEVEN T. JAFFE, ESQ.
        Nevada Bar No. 007035
        MATTHEW V. PASSANISI, ESQ.
        Nevada Bar No. 013212
        7425 Peak Drive
        Las Vegas, Nevada 89128
        *Attorneys for Plaintiff,*
        *New Albertson's, Inc.*

IT IS SO ORDERED.
Dated: November 26, 2014

_____
United States Magistrate Judge

2