UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| NEW ALBERTSON'S, INC., | ) | |
| Plaintiff(s), | ) | Case No. 2:14-cv-01789-JCM-NJK |
| vs. | ) | ORDER GRANTING MOTION TO EXTEND |
| PHAZE CONCRETE, INC., et al., | ) | (Docket No. 193) |
| Defendant(s). | ) | |

Pending before the Court is Plaintiff's motion to extend the time to effectuate service on Defendant Howard Hughes Corporation. Docket No. 193. Howard Hughes Corporation has not yet appeared. Plaintiff argues that it inadvertently failed to obtain a summons for Howard Hughes Corporation, but that it acted diligently in seeking a summons once that defect became apparent. *See id.* at 4. The Court must extend the deadline to serve the complaint when good cause is shown. *See* Fed. R. Civ. P. 4(m). For good cause shown, the Court hereby **GRANTS** the motion to extend and **ORDERS** that Plaintiff's deadline to effectuate service on Defendant Howard Hughes Corporation is extended by 30 days.

IT IS SO ORDERED.

DATED: December 4, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge