SCOTT R. COOK, ESQ.
Nevada Bar No. 005265
DANIEL S. CEREGHINO, ESQ.
Nevada Bar No. 011534
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:  scook@klnevada.com
         dcereghino@klnevada.com

Attorneys for Third-Party Defendant
COLLETT ELECTRIC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NEW ALBERTSON'S,<br><br>Plaintiff,<br><br>vs.<br><br>PHAZE CONCRETE, INC., sometimes known as JOHN BEAGLEY & SONS, INC., HOWARD HUGHES CORPORATION, a Delaware corporation; MHC & ASSOCIATES, INC., d/b/a MARTINHARRIS CONSTRUCTION, a Nevada corporation; LAS VEGAS PRESTIGE PLUMBING, LLC, formerly known as PRESTIGE PLUMBING, a Nevada corporation, DOES 1 through 100; and ROE CORPORATIONS 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-01789-JCM-NJK<br><br>~~EX PARTE~~ **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND ORDER** |

    Kolesar & Leatham ("K&L") hereby requests that it be removed from the CM/ECF service list in the above-captioned case.

    K&L represented Collett Electric in Case 2:11-cv-0579-JCM-NJK involving many of the same parties. On September 10, 2014, Third-Party Defendant Collett Electric filed with this Court a Motion to Dismiss or, Alternatively, for More Definite Statement (doc. 149). The Court entered its Order granting said Motion and dismissing all claims against Collett Electric on October 23, 2014 (doc. 170).

    With respect to the above-captioned case, No. 2:14-cv-01789-JCM-NJK, Collett Electric

is not listed in the caption as a named party. Therefore, K&L requests that it be removed from the service list for the above-captioned case.

DATED this 22 day of January, 2015.

KOLESAR & LEATHAM

By _____
SCOTT R. COOK, ESQ.
Nevada Bar No. 005265
DANIEL S. CEREGHINO, ESQ.
Nevada Bar No. 011534
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

Attorneys for Third-Party Defendant
COLLETT ELECTRIC

## ORDER

**IT IS SO ORDERED.**

DATED this 23rd day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by

KOLESAR & LEATHAM

_____
SCOTT R. COOK, ESQ.
DANIEL S. CEREGHINO, ESQ.
400 South Rampart Blvd., Suite 400
Las Vegas, NV 89169

Attorneys for Collett Electric

1792752 (8387-58)    Page 2 of 2