# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NEW ALBERTSON'S, | Case No. 2:14-cv-01789-JCM-NJK |
| Plaintiff(s), | |
| vs. | **ORDER** |
| PHAZE CONCRETE, INC., et al., | (Docket No. 217) |
| Defendant(s). | |

Pending before the Court is a stipulation to extend various deadlines. Docket No. 217. The stipulation states that the parties seek a six-month extension, *see id.* at 2, but the new calendar dates sought provide only a roughly 45-day extension, *see id.* at 3. In addition, the signature block for the Court's approval appears on a separate page in violation of the Local Rules. *See* Local Rule 6-2(a).[1] Accordingly, the stipulation is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: May 29, 2015

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The stipulation indicates that it is the first stipulated request for an extension. *See* Docket No. 217 at 1. As the stipulation notes, a previous request for an extension was granted pursuant to motion. *See id.* at 1 n.1. The Local Rules are clear that the caption should indicate whether it is the first, second, third, etc. "requested extension," and does not differentiate between requests made in the form of a motion or stipulation. Accordingly, the caption should simply indicate that this is the "second request" for an extension. Lastly, the parties refer to the underlying *Behroozi* matter on several occasions with the incorrect case number. *See* Docket No. 217 at 2. That case number has for several years now included the initials "JCM-**NJK**." *See* Docket No. 70 (emphasis added).