**THORNDAL ARMSTRONG DELK**
  **BALKENBUSH & EISINGER**
Gregory M. Schulman, Esq.
Nevada Bar No. 5766
1100 E. Bridger Ave.
Las Vegas, NV 89101
  Mail to:
  P.O. Box 2070
  Las Vegas, NV 89125
Tel:  (702) 366-0622
Fax:  (702) 366-0327
*Attorneys for Third-Party Defendant*
*Phaze Concrete, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEW ALBERTSONS, INC., | Case No. 2:14-cv-01789-JCM-NJK |
| Plaintiff, | **STIPULATED DISCOVERY PLAN AND REQUEST TO EXTEND TIME FOR DISCOVERY AND ORDER** |
| vs. | |
| PHAZE CONCRETE, INC. et al., | (SECOND REQUESTED EXTENSION) |
| Defendants. | |

Pursuant to FRCP 6, FRCP 26, LR 26-1, and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and agree to jointly move this Court for an Order to:

1.      Extend the discovery cut-off from 6/19/15 to 8/3/15; and

2.      Extend the deadline for filing dispositive motions from 7/20/15 to 9/2/15.

The parties submit there is good cause for the request and good cause, as indicated, infra.   Good cause also exists as to why this stipulation is being filed within 21 days of June 19, 2015, the discovery cutoff deadline the parties are seeking to continue. Specifically, the parties filed a stipulation to continue the June 19, 2015 discovery cutoff

date on May 29, 2015.  This was more than 21 days before the deadline.  However, due to errors in the stipulation and proposed order, the court denied the stipulation without prejudice.  As the denial order was entered less than 21 days before the deadline the parties are seeking to continue and a good faith effort was made to have the stipulation filed more than 21 days before the deadline, the parties submit there is good cause for the court to allow this stipulation at this time even though there are less than 21 days before the discovery cutoff deadline the parties are seeking to continue.

**I.      DISCOVERY COMPLETED**

The parties have completed all necessary discovery except for taking expert depositions.  The need to extend discovery to take these depositions is detailed in Section III, <u>infra</u>.

**II.     DISCOVERY PLAN (DISCOVERY WHICH REMAINS TO BE COMPLETED)**

The parties need to take the following expert depositions:

1.      Chris Grubbs, Albertson's liability expert;

2.      Matt Hunter, MHC & Associates' liability expert;

3.      Harvey Irby, Las Vegas Prestige Plumbing, Inc.'s liability expert; and

4.      Kevin Jordan, Phaze Concrete, Inc.'s liability expert, although Phaze may contend the scope of his deposition may be limited as Mr. Jordan was deposed by Albertson's prior to this action being bifurcated from Case No. 2:11-cv-00579-JCM-~~RJJ~~. **NJK**

**III.    GROUNDS FOR DISCOVERY EXTENSION**

Due to the recent settlement reached in <u>Behroozi v. New Albertson's, Inc.</u>, Case No. 2:11-cv-00579-JCM-RJJ, from which this case was severed, the parties want to try to resolve the claims in this case before incurring the time and expense of deposing the

experts.  The discovery extension is needed to allow the parties sufficient time to negotiate a settlement on their own or schedule a mediation/settlement conference. Accordingly, good cause exists to extend the discovery cut-off date to allow the parties time to resolve this matter.

**IV.    PROPOSED SCHEDULED FOR COMPLETING DISCOVERY**

The parties have agreed to extend all of the discovery deadlines in this case by 45 days as set forth below:

1.    Extend the discovery cut-off from 6/19/15 to 8/3/15; and

2.    Extend the date to file dispositive motions from 7/20/15 to 9/2/15.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

This stipulation is submitted in good faith pursuant to LR 26-1.  This is the first stipulated request for an extension by the parties (but the second request overall).

| | |
|---|---|
| DATED: 6/1/15<br><br>/s/ Monte Hall<br><br>Steve Jaffe, Esq.<br>Monte Hall, Esq.<br>HALL, JAFFE & CLAYTON<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>Tel: (702) 316-4111<br>Fax: (702) 316-4114<br>Attorneys for Plaintiff New Albertsons, Inc. | DATED: 6/1/15<br><br>/s/ Joseph Long<br><br>Joseph A. Long, Esq.<br>LONG BLUMBERG<br>2950 Buskirk Ave., Ste. 315<br>Walnut Creek, CA 94597<br>Tel: (925) 941-0090<br>Fax: (925) 941-0085<br>Attorneys for Defendant Las Vegas Prestige Plumbing, LLC |
| DATED: 6/1/15<br><br>/s/ Edward Lanigar<br><br>Edward F. Lanigar, Esq.<br>Cisneros & Marias<br>1160 N. Town Center Drive, Ste. 130<br>Las Vegas, NV 89144<br>Tel: (702) 233-9660<br>Fax: (702) 233-9665<br>Attorneys for MHC & Associates, Inc. | DATED: 6/1/15<br><br>/s/ Gregory Schulman<br><br>Gregory M. Schulman, Esq.<br>Thorndal, Armstrong, Delk, Balkenbush & Eisinger<br>1100 E. Bridger Ave.<br>Las Vegas, NV 89101<br>Tel: (702) 366-0622<br>Fax: (702) 366-0327<br>Attorneys for Defendant Phaze Concrete, Inc. |

**ORDER**

IT IS SO ORDERED.

Dated this __2nd__ day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE