UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NEW ALBERTSONS, INC., | Case No. 2:14-CV-1789 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| PHAZE CONCRETE, INC., et al., | |
| Defendant(s). | |

Presently before the court is the case of *New Albertsons, Inc. v. Phaze Concrete, Inc.*, case number 2:14-cv-01789-JCM-NJK.

This case arises out of a third-party complaint in a personal injury action, *Behroozi v. New Albertsons, Inc.*, case number 2:11-cv-000579-JCM-NJK. On April 15, 2011, defendant New Albertsons, Inc. ("New Albertsons") removed the case to this court. (Doc. # 1). On October 6, 2011, New Albertsons filed a third party complaint against Phaze Concrete, Inc. ("Phaze Concrete"), for implied equitable indemnity, contractual indemnity, and contribution. (Doc. # 22).

On September 9, 2014, plaintiff Nasrin Behroozi ("Behroozi") filed a motion for severance and separate trials, asking the court to sever the third-party claims from her underlying personal injury case. (Doc. # 146). On October 24, 2014, the court granted plaintiff's motion. (Doc. # 171). Pursuant to the court's order, the clerk's office assigned a new case number to the third-party action.

On June 11, 2015, Behroozi and New Albertsons filed a stipulation of dismissal with prejudice in the underlying personal injury case. On June 15, 2015, the court granted the stipulation and dismissed that case.

**James C. Mahan**
**U.S. District Judge**

1   The instant third-party complaint asserts claims of indemnification and contribution based on New Albertsons's potential liability in the underlying personal injury action.  (Doc. # 22). Because that case has now been dismissed, it appears to the court that New Albertsons's third party claims are now moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the parties shall show cause as to why this action should not be dismissed with prejudice and the case closed.  The parties shall file any documentation within one week from the date of this order.

DATED July 16, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -