# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NEW ALBERTSONS, INC., <br><br>　　　　　Plaintiff(s), <br><br>vs. <br><br>PHAZE CONCRETE, INC., et al., <br><br>　　　　　Defendant(s). | Case No. 2:14-cv-01789-JCM-NJK <br><br>**ORDER** <br><br>(Docket No. 225) |

　　　Pending before the Court is a motion to extend the dispositive motion deadline. Docket No. 225. Any response shall be filed no later than August 14, 2015, and any reply shall be filed no later than August 17, 2015.

　　　IT IS SO ORDERED.

　　　DATED: August 12, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE