**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEW ALBERTSON'S, INC., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> PHAZE CONCRETE, INC., et al., ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:14-cv-01789-JCM-NJK <br><br> ORDER |

Pending before the Court is Phaze Concrete's motion to extend the deadline for filing dispositive motions. Docket No. 225. Also pending before the Court is New Albertson's counter-motion for a settlement conference and a stay pending completion of the settlement conference. Docket No. 230. The Court hereby **SETS** a hearing on these motions for August 20, 2015, at 3:00 p.m. in Courtroom 3D. If they wish to do so, counsel may appear telephonically by calling the Court conference line at 702-868-4906 at least five minutes prior to the hearing. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: August 18, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge