AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

New Albertsons, Inc.

Plaintiff,

V.

Las Vegas Prestige Plumbing, LLC
f/k/a Prestige Plumbing

Defendant.

**CONSENT JUDGMENT IN A CIVIL CASE**

Case Number: 2:14-cv-01789-JCM-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☒ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is hereby entered in favor of plaintiff New Albertson's, Inc. and against defendant Las Vegas Plumbing Inc. in the sum of Ten Thousand Dollars and 00/100 Cents ($10,000.00) which amount includes pre-judgment interest, costs and attorney fees herein incurred.

September 17, 2015

Date

/s/ Lance S. Wilson

Clerk

/s/ Molly Morrison

(By) Deputy Clerk