# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NEW ALBERTSONS, INC., | Case No. 2:14-cv-01789-JCM-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| PHAZE CONCRETE, INC., et al., | |
| Defendant(s). | |

On November 13, 2015, United States District Judge James C. Mahan ordered a stipulation of dismissal and proposed order as to Defendant Phaze Concrete to be filed no later than November 25, 2015. Docket No. 249. To date, Plaintiff and Defendant Phaze Concrete have failed to comply. The Court hereby **ORDERS** that Plaintiff and Defendant Phaze Concrete must file, no later than March 7, 2016, either dismissal papers or a joint status report.

IT IS SO ORDERED.

DATED: February 29, 2016

_____
Nancy J. Koppe
United States Magistrate Judge