GREGORY M. SCHULMAN, ESQ.
Nevada Bar No. 5766
THORNDAL, ARMSTRONG, DELK,
 BALKENBUSH & EISINGER
1100 E. Bridger Ave.
Las Vegas, NV 89101
Tel: (702) 366-0622
Fax: (702) 366-0327
*Attorneys for Defendant*
*Phaze Concrete, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| NEW ALBERTSONS, INC., | Case No. 2:14-cv-01789-JCM-NJK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| vs. | |
| PHAZE CONCRETE, INC. et al., | |
| Defendants. | |

COME NOW New Albertson's, Inc. and Phaze Concrete, Inc., by and through their attorneys of record, and hereby stipulate to the dismissal of New Albertson's, Inc.'s claims against Phaze Concrete, Inc. with prejudice. Each party shall bear its own attorneys' fees and costs.

DATED: 3/1/2016

_____
Steve Jaffe, Esq.
Monte Hall, Esq.
HALL, JAFFE & CLAYTON
7425 Peak Drive
Las Vegas, Nevada 89128
Tel: (702) 316-4111
Fax: (702) 316-4114
Attorneys for Plaintiff New Albertsons, Inc.

DATED: 3/3/16

_____
Gregory M. Schulman, Esq.
Thorndal, Armstrong, Delk, Balkenbush
& Eisinger
1100 E. Bridger Ave.
Las Vegas, NV 89101
Tel: (702) 366-0622
Fax: (702) 366-0327
Attorneys for Defendant Phaze Concrete, Inc.

**ORDER**

IT IS SO ORDERED.

Dated March 8, 2016.

_____
UNITED STATES DISTRICT JUDGE

2